EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| *In re:* <br><br> Comité Especial para la Revisión del Informe sobre el Proyecto de Código de Conducta Profesional de Puerto Rico | 2022 TSPR 35 <br><br> 208 DPR \_\_\_\_\_ |

Número del Caso:  EC-2022-02


Fecha:  25 de marzo de 2022


Materia:  Resolución del Tribunal.


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re:*

Comité Especial para la
Revisión del Informe sobre
el Proyecto de Código de
Conducta Profesional de
Puerto Rico

EC-2022-02

RESOLUCIÓN

En San Juan, Puerto Rico, a 25 de marzo de 2022.

Mediante Resolución emitida el 20 de diciembre de 2013 encomendamos al Secretariado de la Conferencia Judicial y Notarial (Secretariado) preparar una nueva propuesta de Código de Conducta Profesional "que tomara en consideración los últimos cambios realizados por la American Bar Association (ABA) a sus Reglas Modelo de Conducta Profesional", así como el Proyecto presentado por el Colegio de Abogados y Abogadas de Puerto Rico (CAAPR) junto con las reacciones y los comentarios recibidos en la consulta.[1]

Conforme a lo instruido, el 12 de agosto de 2013, el Secretariado presentó su Proyecto de Código de Conducta Profesional de Puerto Rico de 2013 (Proyecto de Código de 2013). Previo a pasar juicio sobre el Proyecto de Código de 2013, concluimos que era necesario brindarle a la comunidad la oportunidad de conocer su contenido y de someterle comentarios y recomendaciones al Secretariado.

De conformidad, instruimos al Secretariado a conducir un nuevo proceso de consulta pública atinente

---

[1] *In re Prog. Conducta Prof. y Regl. Disc.*, 189 DPR 1032 (2013).

al Proyecto de Código de 2013 y autorizamos su divulgación. Simultáneamente, le requerimos la preparación de un Informe que incluyera un análisis de los comentarios y las recomendaciones recibidas, de manera tal que estuviéramos en "posición de tomar una determinación sobre un nuevo Código que rija la conducta profesional de los abogados y las abogadas".[2]

En atención a la complejidad y envergadura del Proyecto, y a los fines de fomentar una mayor participación y el estudio cuidadoso de las propuestas, el 21 de febrero de 2014, extendimos la fecha de vencimiento del periodo de consulta pública (28 de febrero de 2014) hasta el 1 de abril de 2014.[3]

En cumplimiento con la encomienda, el 30 de septiembre de 2021, el Secretariado presentó el Informe sobre el Proyecto de Código de Conducta Profesional (Informe). Ello, tras evaluar alrededor de una treintena de comparecencias de entidades y personas, el ordenamiento jurídico vigente, las propuestas de la Comisión para el Estudio y Evaluación de la Función Notarial en Puerto Rico (hoy Comité Asesor Permanente de Reglamento Notarial) y las recomendaciones más recientes de la ABA. Este Informe ofrece un resumen de los comentarios recibidos para cada regla y presenta una sección de análisis y recomendaciones del Secretariado en la que se acreditan los fundamentos en apoyo a las enmiendas propuestas.

Tras considerar de forma preliminar la reestructuración propuesta para el Proyecto de Código de 2013, solicitamos al Secretariado, para fines de esta encomienda, reorganizar el orden temático conforme a las Reglas Modelo de Conducta Profesional de la ABA y los comentarios que contiene cada una de las Reglas Modelo de la ABA —así como proveer comentarios en aquellas disposiciones que no estuviesen contempladas en las Reglas Modelo de la ABA. Concluida esta encomienda, y ante la modificación significativa que ha sufrido el Proyecto de Código de 2013, el Secretariado nos recomendó la constitución de un comité *ad hoc* que revisara el Proyecto de Reglas. Acogida la petición del Secretariado, mediante la presente Resolución se crea el Comité Especial para la Revisión del Proyecto de Reglas de Conducta

---

[2] Íd., a la pág. 1033.
[3] In re Extensión Términos I, 190 DPR 314 (2014). Durante el periodo posterior al 2014 se realizaron varios trámites y gestiones internas, que no es fundamental pormenorizar en esta Resolución.

Profesional de Puerto Rico (Comité Especial), el cual se compondrá de las y los miembros siguientes:

1. Hon. Sigfrido Steidel Figueroa, como su Presidente
2. Lcda. Carmen H. Carlo Cabrera
3. Lcdo. Guillermo Figueroa Prieto
4. Lcda. Crisanta González Seda
5. Lcdo. Dennis D. Martínez Colón
6. Lcdo. Hiram R. Morales Lugo
7. Lcdo. Luis M. Negrón Portillo
8. Lcdo. Manuel A. Quilichini García
9. Lcdo. Doel R. Quiñones Núñez
10. Lcda. Ygrí Rivera de Martínez
11. Lcda. Mayté N. Rivera Rodríguez

El Comité Especial deberá evaluar el Informe para atemperarlo a los cambios más novedosos y sustanciales que han surgido en la práctica de la abogacía. A base de su evaluación, el Comité Especial podrá incluir otras recomendaciones para proponer un cuerpo normativo ético-disciplinario que se adapte a los cambios tecnológicos, sociales y económicos que han surgido desde la aprobación del Código de Ética Profesional vigente.

Se autoriza al Secretariado a referir el Informe y el Proyecto de Reglas revisado al Comité Especial aquí constituido, el cual quedará adscrito a esta dependencia.

El Comité Especial contará con el apoyo jurídico y técnico del Secretariado para presentarle a este Tribunal un proyecto de Reglas de Conducta Profesional de Puerto Rico revisado en o antes del 31 de octubre de 2022. Se faculta al Comité Especial para crear subcomités de trabajo con el propósito de que la encomienda concluya en el término aquí provisto.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. El Juez Asociado señor Martínez Torres está conforme y hace constar la expresión siguiente:

"Hoy, por primera vez, me entero de que el compañero Juez Asociado señor Colón Pérez no estaba de acuerdo con haberle ordenado al Secretariado de la Conferencia Judicial y Notarial adoptar el orden temático de las Reglas Modelo de Conducta Profesional de la American Bar Association (ABA) y los comentarios que contiene

cada una de dichas reglas. Durante el proceso de estudio y discusión, el compañero nunca expresó su posición sobre este asunto. Todo lo contrario, guardó silencio y no emitió ningún voto a favor o en contra. Dejo así el récord claro, para que no se tergiverse."

El Juez Asociado señor Colón Pérez hace constar la expresión siguiente:

"Si bien estamos conforme con la creación del Comité Especial que motiva el contenido de esta Resolución, es menester dejar meridianamente claro que, en cierta etapa preliminar de los procedimientos, no estuvimos de acuerdo --es decir, no validamos con nuestro voto, como acertadamente señala uno de mis compañeros de estrado-- con haberle ordenado al Secretariado de la Conferencia Judicial y Notarial el adoptar, para fines de la encomienda que hoy se le delega al referido Comité, el orden temático de las Reglas Modelo de Conducta Profesional de la American Bar Association (ABA), así como los comentarios que contienen cada una de dichas reglas. La viabilidad o no de ello era un asunto que, a nuestro juicio, le correspondía analizar --en primera instancia y con mayor detenimiento-- a los miembros del Comité Especial que hoy se nombra para atender, precisamente, este asunto.

Si lo anterior equivale a guardar silencio, como hoy se señala, en efecto, en ese momento tan temprano de los procesos, lo guardamos. A ello tenemos derecho.

En ocasiones, los actores de los procesos decisorios colegiados no comprenden --o no quieren comprender-- el enorme valor del silencio en el mundo jurídico. Para una mejor compresión de ello, véase, E. Rivera Ramos, El Derecho y el silencio, 47 Isonomía: Revista de Teoría y Filosofía del Derecho 181 (2017)."

El Juez Asociado señor Estrella Martínez no intervino.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo